IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America, | Civil Action No. 7:09-cv-00890-3-JMC |
| Plaintiff, | |
| v. | **ORDER AND OPINION** |
| Hazel L. Ross, | |
| Defendant. | |

This matter is before the court on Defendant's request for a reduction in her sentence, to include that her consecutive sentence of 24 months for violation of 18 U.S.C. § 1028(A)(a)(1) (Aggravated identity theft) be run concurrent with her sentence of 63 months for violation of 18 U.S.C. § 1028 (Fraud and related activity in connection with identification documents, authentication features, and information). The court finds that Defendant has not set forth any legal authority upon which the court may rely to modify her sentence and further that Defendant does not qualify for a sentence reduction under 18 U.S.C. §§ 3742, 3582 or Rule 35 of the Federal Rules of Criminal Procedure.

Therefore, Defendant's request for a reduction or modification of her sentence is denied.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

May 8, 2012
Greenville, South Carolina

1